**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO. 4:06-CR-00104-BSM-8**

**KHALEELAH POWELL** **DEFENDANT**

**ORDER**

Khaleelah Powell's motion to seal her criminal record [Doc. No. 399] is denied because district courts lack jurisdiction to seal or expunge criminal records. *United States v. Meyer*, 439 F.3d 855, 861–62 (8th Cir. 2006); *United States v. Fox*, 2024 WL 3292590 at *1 (D. Ariz. July 3, 2024) (treat motions to seal the entire criminal record like a motion to expunge criminal records).

IT IS SO ORDERED this 8th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE